1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  M. TODD SCOTT (SBN 226885)
   tscott@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     (415) 773-5700
   Facsimile:     (415) 773-5957
7
   Attorneys for Defendants
8  PAYPAL HOLDINGS, INC., DANIEL H.
   SCHULMAN, and JOHN D. RAINEY
9
   [additional counsel on signature page]
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  HUEI-TING KANG, Individually and On          Case No. 3:21-cv-06468-CRB
    Behalf of All Others Similarly Situated,
16                                               **STIPULATION AND [~~PROPOSED~~]**
                   Plaintiff,                    **ORDER CONTINUING DATE UPON**
17                                               **WHICH RESPONSIVE PLEADING IS**
                                                 **DUE**
18         v.

19  PAYPAL HOLDINGS, INC., DANIEL H.             Judge:   Honorable Charles R. Breyer
    SCHULMAN, and JOHN D. RAINEY,
20
                   Defendants.
21

22

23

24

25

26

27

28

1    WHEREAS, on August 20, 2021, Plaintiff Huei-Ting Kang ("Plaintiff") commenced the

2  above-captioned action (the "Action") alleging violations of federal securities laws against

3  Defendants PayPal Holdings, Inc., Daniel H. Schulman, and John D. Rainey (collectively,

4  "Defendants");

5    WHEREAS, the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15

6  U.S.C. § 78u-4, *et seq.*, establishes a mandatory procedure for the selection of lead plaintiff and

7  counsel to oversee putative class actions brought under the federal securities laws;

8    WHEREAS, 15 U.S.C. § 78u-4(a)(3)(A)(i) provides that within 20 days after the date on

9  which a securities fraud class action is filed, the plaintiff is required to cause notice to be published

10  advising potential plaintiff class members of the pendency of the action, the claims, the purported

11  class period, and that any putative member of the class may file a motion with the Court to serve

12  as lead plaintiff no later than 60 days from the publication of that notice;

13    WHEREAS, after publication of notice, 15 U.S.C. § 78u-4(a)(3)(B)(i) directs this Court to

14  consider any motions brought by putative class members seeking to be appointed as lead plaintiff

15  no later than 90 days after publication of the notice;

16    WHEREAS, pursuant to the Reform Act, on August 21, 2021, counsel for Plaintiff

17  published notice of the filing of this Action, advising all putative class members of, *inter alia*, the

18  allegations and claims in the complaint, the class period, and their option to seek appointment as

19  lead plaintiff by October 19, 2021;

20    WHEREAS, there has been no appointment of a lead plaintiff or lead counsel in this

21  Action;

22    WHEREAS, once selected, the lead plaintiff will identify an operative complaint or file an

23  amended complaint that becomes the operative complaint;

24    WHEREAS, on September 14, 2021, counsel for Defendants executed valid waivers of

25  service of process on behalf of Defendants;

26    NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in

27  the interests of judicial economy, hereby agree and stipulate, and respectfully request that the

28  Court order as follows:

- 1 -

1      1.      Defendants are not required to respond to the initial complaint in this Action, or to

2   any complaint in any action consolidated into this Action, until after the Court appoints a lead

3   plaintiff pursuant to the Reform Act;

4      2.      Within fourteen (14) days after the Court appoints a lead plaintiff(s) pursuant to

5   the Reform Act, Defendants and the lead plaintiff(s) shall confer and jointly submit to the Court:

6   (i) a proposed schedule and dates by which the lead plaintiff(s) will file an amended complaint or

7   designate a complaint as the operative complaint; and (ii) a briefing schedule on Defendants'

8   anticipated motion(s) to dismiss.

9

10   Dated: September 23, 2021          JAMES N. KRAMER
                                        ALEXANDER K. TALARIDES
11                                      **ORRICK HERRINGTON & SUTCLIFFE LLP**

12
                                        */s/ Alexander K. Talarides*
13                                      ALEXANDER K. TALARIDES

14                                      Attorneys for Defendants PayPal Holdings, Inc.,
                                        Daniel H. Schulman, and John D. Rainey
15

16   Dated: September 23, 2021          JENNIFER PAFITI
                                        **POMERANTZ LLP**
17

18                                      */s/ Jennifer Pafiti*
                                        JENNIFER PAFITI
19
                                        Attorneys for Plaintiff Huei-Ting Kang
20

21      *I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file
     this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby*
22   *attest that Jennifer Pafiti has concurred in this filing.*

23

24   Dated: September 23, 2021
                                        */s/ Alexander K. Talarides*
25                                      ALEXANDER K. TALARIDES

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE UPON WHICH RESPONSIVE
PLEADING IS DUE, CASE No. 3:21-CV-06468-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

\*\*\*

## [PROPOSED] ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

Dated:  September _24_ , 2021

_____
HONORABLE JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 3 -