Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HUEI-TING KANG, )
                      ) Case No: 21-cv-06468-CRB
             Plaintiff(s), )
                      ) **APPLICATION FOR**
                      ) **ADMISSION OF ATTORNEY**
     v. ) **PRO HAC VICE** : ORDER
                      ) (CIVIL LOCAL RULE 11-3)
PAYPAL HOLDINGS, INC., et al., )
                      )
             Defendant(s). )

    I, Charles J. Stiene, an active member in good standing of the bar of New York State Bar, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Arthur Flores in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Labaton Sucharow LLP<br>140 Broadway, New York, NY 10005 | Pomerantz LLP<br>1100 Glendon Ave., 15th Fl., Los Angeles, CA. 90024 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 907-0703 | (310) 405-7190 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cstiene@labaton.com | jpafiti@pomlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5843438.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/21/22

Charles J. Stiene
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Charles J. Stiene is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 21, 2022

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~