Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEI-TING KANG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., DANILE H. SCHULMAN, and JOHN D. RAINEY, <br><br> Defendants. | Case No. 3:21-cv-06468-CRB <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Date Filed: August 20, 2021 <br> Hon. Charles R. Breyer |
| SHANG PANG, derivatively on behalf of PAYPAL HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL H. SCHULMAN, JOHN D. RAINEY, AARON A. ANDERSON, JEFFREY KARBOWSKI, RODNEY C. ADKINS, WENCES CASARES, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, BELINDA J. JOHNSON, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, and FRANK D. YEARY, | Case No. 5:21-cv-09720-NC <br><br> Date Filed: December 16, 2021 <br> Magistrate Judge Nathanael M. Cousins |

Defendants,

and

PAYPAL HOLDINGS, INC.,

Nominal Defendant.

ROBERT LALOR, derivatively on behalf of PAYPAL HOLDINGS, INC.,

Plaintiff,

v.

DANIEL H. SCHULMAN, JOHN D. RAINEY, RODNEY C. ADKINS, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, BELINDA J. JOHNSON, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, FRANK D. YEARY, and WENCES CASARES,

Defendants,

and

PAYPAL HOLDINGS, INC.,

Nominal Defendant.

Case No. 5:22-cv-00370-NC

Date Filed: January 19, 2022
Magistrate Judge Nathanael M. Cousins

**PLAINTIFF'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1.      Pursuant to Civil L.R. 3-12 and 7-11, Plaintiff Shang Pang respectfully moves this Court to consider whether the above captioned cases, *Pang v. Schulman, et al.*, Case No. 5:21-cv-09720-NC (N.D. Cal.) and *Lalor v. Schulman, et al.*, Case No. 5:22-cv-00370-NC (N.D. Cal.) (the "*Lalor* Action," and collectively, the "Derivative Actions"), should be related to *Kang v. Paypal Holdings, Inc., et al.* 3:21-cv-06468-CRB (N.D. Cali.) (the "Securities Action"). As discussed below, the criteria for relation are met here.

2.      According to Civil L.R. 3-12(a), actions are defined as related when: they

- 1 -

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

"concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Consistent with the requirements of Civil L.R. 3-12(a), the Securities Action and the Derivative Actions concern substantially similar parties and arise from the same underlying facts and circumstances. Further, it appears there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are tried separately. Therefore, relation is proper under Civil L.R. 3-12.

3.     The Derivative Actions are both shareholder derivative actions brought on behalf of PayPal Holdings, Inc. ("PayPal") against substantially the same PayPal officers and directors for alleged violations of the Securities Exchange Act of 1934 and breaches of fiduciary duty, among other causes of action, based on the same underlying conduct alleged in the Securities Action regarding PayPal's disclosure protocols and debit card interchange fees. The Securities Action and the Derivative Actions address some of the same transactions/events and contain similar overlapping sets of facts regarding regulatory investigations into PayPal by the Consumer Financial Protection Bureau, among other things.

4.     Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

5.     For the above stated reasons, Plaintiff Shang Pang requests that pursuant to Civil L.R. 3-12, the Court relate the Derivative Actions and the Securities Action.

6.     Neither Defendants[1] nor Plaintiff Robert Lalor opposes this Administrative Motion.

---

[1] "Defendants" refers to individual defendants Daniel H. Schulman, John D. Rainey, Aaron A. Anderson, Jeffrey W. Karbowski, Rodney C. Adkins, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Belinda J. Johnson, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, Frank D. Yeary, and nominal defendant, PayPal.

PLAINTIFF'S ADMINISTRATIVE MOTION TO
                    CONSIDER WHETHER CASES SHOULD BE RELATED

7.    In accordance with Civil L.R. 3-12(b), courtesy copies of this Administrative Motion have been filed in the Derivative Actions.

Dated: January 26, 2022

ROBERT C. MOEST
The Brown Law Firm, P.C.


*/s/ Robert C. Moest*
ROBERT C. MOEST


THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Shang Pang*

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.


/s/ Robert C. Moest
Robert C. Moest

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED