Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEI-TING KANG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., DANILE H. SCHULMAN, and JOHN D. RAINEY, <br><br> Defendants. | Case No. 3:21-cv-06468-CRB <br><br> **DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Date Filed: August 20, 2021 <br> Hon. Charles R. Breyer |
| SHANG PANG, derivatively on behalf of PAYPAL HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL H. SCHULMAN, JOHN D. RAINEY, AARON A. ANDERSON, JEFFREY KARBOWSKI, RODNEY C. ADKINS, WENCES CASARES, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, BELINDA J. JOHNSON, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, and FRANK D. YEARY, | Case No. 5:21-cv-09720-NC <br><br> Date Filed: December 16, 2021 <br> Magistrate Judge Nathanael M. Cousins |

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

Defendants,

and

PAYPAL HOLDINGS, INC.,

Nominal Defendant.

---

ROBERT LALOR, derivatively on behalf of PAYPAL HOLDINGS, INC.,

Plaintiff,

v.

DANIEL H. SCHULMAN, JOHN D. RAINEY, RODNEY C. ADKINS, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, BELINDA J. JOHNSON, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, FRANK D. YEARY, and WENCES CASARES,

Defendants,

and

PAYPAL HOLDINGS, INC.,

Nominal Defendant.

Case No. 5:22-cv-00370-NC

Date Filed: January 19, 2022
Magistrate Judge Nathanael M. Cousins

2

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

I, Robert C. Moest, hereby declares as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Of Counsel for The Brown Law Firm, P.C., counsel for Plaintiff Shang Pang in the above-captioned action *Pang v. Schulman, et al.*, Case No. 5:21-cv-09720-NC (N.D. Cal.) (the "Action").

2. I submit this declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3. My firm has conferred with counsel for defendants in the Action regarding this Administration Motion and counsel for Plaintiff Robert Lalor in the related derivative action *Lalor v. Schulman, et al.*, Case No. 5:22-cv-00370-NC (N.D. Cal.) (together with the Action, the "Derivative Actions"). Neither Defendants[1] nor Plaintiff Robert Lalor oppose that the Derivative Actions should be deemed related to *Kang v. Paypal Holdings, Inc., et al.* 3:21-cv-06468-CRB (N.D. Cali.) (the "Securities Action") pending before Judge Charles R. Breyer. Defendants do not disagree with the relief sought in the Administrative Motion and believe the above-captioned cases should be related. I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge

Executed on January 26, 2022

Respectfully submitted,

**THE BROWN LAW FIRM, P.A.**

/s/ Robert C. Moest
Robert C. Moest, Of Counsel, SBN 62166

*Counsel for Plaintiff Shang Pang*

---

[1] "Defendants" refers to individual defendants Daniel H. Schulman, John D. Rainey, Aaron A. Anderson, Jeffrey W. Karbowski, Rodney C. Adkins, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Belinda J. Johnson, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, Frank D. Yeary, and nominal defendant, PayPal.

1

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/ Robert C. Moest
Robert C. Moest

2