**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUEI-TING KANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., DANILE H. SCHULMAN, and JOHN D. RAINEY,<br><br>Defendants. | Case No. 3:21-cv-06468-CRB<br><br>[~~PROPOSED~~] ORDER<br><br>Date Filed: August 20, 2021<br>Hon. Charles R. Breyer |
| SHANG PANG, derivatively on behalf of PAYPAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL H. SCHULMAN, JOHN D. RAINEY, AARON A. ANDERSON, JEFFREY KARBOWSKI, RODNEY C. ADKINS, WENCES CASARES, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, BELINDA J. JOHNSON, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, and FRANK D. YEARY, | Case No. 5:21-cv-09720-NC<br><br>Date Filed: December 16, 2021<br>Magistrate Judge Nathanael M. Cousins |

|   |   |
|---|---|
| Defendants, <br> and <br> PAYPAL HOLDINGS, INC., <br>    Nominal Defendant. |   |
| ROBERT LALOR, derivatively on behalf of PAYPAL HOLDINGS, INC., <br>    Plaintiff, <br> v. <br> DANIEL H. SCHULMAN, JOHN D. RAINEY, RODNEY C. ADKINS, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, BELINDA J. JOHNSON, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, FRANK D. YEARY, and WENCES CASARES, <br>    Defendants, <br> and <br> PAYPAL HOLDINGS, INC., <br>    Nominal Defendant. | Case No. 5:22-cv-00370-NC <br><br> Date Filed: January 19, 2022 <br> Magistrate Judge Nathanael M. Cousins |

Upon consideration of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that the above-captioned actions, *Pang v. Schulman, et al*., Case No. 5:21-cv-09720-NC (N.D. Cal.) and *Lalor v. Schulman, et al*., Case No. 5:22-cv-00370-NC (N.D. Cal.)  (the "Derivative Actions") shall be deemed related to *Kang v. Paypal Holdings, Inc., et al*. 3:21-cv-06468-CRB (N.D. Cali.) (the "Securities Action") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1. The Derivative Actions are deemed related to the Securities Action.

2. The Derivative Actions are hereby reassigned to Judge Charles R. Breyer.

3. Pursuant to Civil L.R. 3-12(g), the Initial Case Management Conferences currently scheduled in the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated:  January 28, 2022

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE