UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEI-TING KANG, <br><br> Plaintiff(s), <br><br> v. <br><br> PAYPAL HOLDINGS, INC, et al., <br><br> Defendant(s). | Case No. 3:21-cv-06468-CRB <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, __Leah Heifetz-Li__, an active member in good standing of the bar of __Commonwealth of Pennsylvania__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Lead Plaintiffs Huei-Ting Kang and Arthur Flores__ in the above-entitled action. My local co-counsel in this case is __Laurence M. Rosen__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __SBN 219683__.

| | |
|---|---|
| The Rosen Law Firm, P.A. <br> 101 Greenwood Avenue, Suite 440 <br> Jenkintown, PA 19046 <br> MY ADDRESS OF RECORD | The Rosen Law Firm, P.A. <br> 355 South Grand Avenue, Suite 2450 <br> Los Angeles, CA 90071 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 215-600-2817 <br> MY TELEPHONE # OF RECORD | 213-785-2610 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lheifetz@rosenlegal.com <br> MY EMAIL ADDRESS OF RECORD | lrosen@rosenlegal.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __317989__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  01/31/2022                                                  /s/ Leah Heifetz-Li
                                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of   Leah Heifetz-Li   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   January 31, 2022

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Leah Heifetz-Li, Esq.

#### DATE OF ADMISSION

**May 12, 2014**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 7, 2021

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary