Melinda Haag (State Bar No. 132612)
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (202) 204-7383

Daniel Kramer (admitted *pro hac vice*)
dkramer@paulweiss.com
Audra J. Soloway (admitted *pro hac vice*)
asoloway@paulweiss.com
Geoffrey R. Chepiga (admitted *pro hac vice*)
gchepiga@paulweiss.com
Daniel S. Sinnreich (admitted *pro hac vice*)
dsinnreich@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
*PayPal Holdings, Inc., et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES, | Case No. 3:21-cv-06468-CRB |
| Plaintiffs, | DECLARATION OF GEOFFREY R. CHEPIGA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT |
| - against - | |
| PAYPAL HOLDINGS, INC., et al.,, | |
| Defendants. | The Honorable Charles R. Breyer |

I, Geoffrey R. Chepiga, declare as follows:

1. I am an attorney in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendants PayPal Holdings, Inc. ("PayPal"), Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo in the above-captioned action. I am admitted *pro hac vice* to practice before the United States District Court for the Northern District of California, and offer this Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2. Attached as Exhibit 1 is a chart setting forth the statements that lead plaintiffs allege to be "materially false and misleading" in paragraphs 105–147 of the Amended Complaint.

3. Attached as Exhibit 2 are excerpts of PayPal's Form 10-K for the fiscal year ended December 31, 2016, which was filed with the U.S. Securities and Exchange Commission ("SEC") on February 8, 2017.

4. Attached as Exhibit 3 are excerpts of PayPal's Form 10-K for the fiscal year ended December 31, 2021, which was filed with the SEC on February 3, 2022.

5. Attached as Exhibit 4 is PayPal's "Pay Later Messaging Center Program Terms," last updated on October 15, 2020, and retrieved from https://www.paypal.com/us/webapps/mpp/ua/pay-later-messaging-tnc on April 4, 2022.

6. Attached as Exhibit 5 is a report titled "Shadow Student Debt" published by the Student Borrower Protection Center ("SBPC") in July 2020. This document is available at https://protectborrowers.org/shadow-student-debt-report/.

7. Attached as Exhibit 6 is a letter sent from the SBPC PayPal's President and CEO, Daniel Schulman, on August 20, 2020. This document is available at https://protectborrowers.org/wp-content/uploads/2020/08/PayPal-Credit-letter-Company.pdf.

8. Attached as Exhibit 7 is an article by Danielle Douglas-Gabriel titled "Consumer groups alarmed by PayPal's role in education finance want regulators to investigate," that was published by *The Washington Post* on August 21, 2020, and retrieved from

- 1 -

https://www.washingtonpost.com/education/2020/08/21/consumer-groups-alarmed-by-paypals-role-education-finance-want-regulators-investigate/ on March 7, 2022.

9. Attached as Exhibit 8 is an article by Aarthi Swaminathan titled "PayPal cracks down on for-profit 'schools' misrepresenting PayPal Credit," that was published by *Yahoo! Finance* on August 27, 2020, and retrieved from https://www.yahoo.com/now/pay-pal-credit-for-profit-schools-213858404.html on April 5, 2022.

10. Attached as Exhibit 9 is a Complaint, filed on May 19, 2015, in the action styled *CFPB* v. *PayPal, Inc. and Bill Me Later, Inc.*, No. 1:15-cv-01426, in the United States District Court for the District of Maryland (ECF No. 1) ("CFPB Action").

11. Attached as Exhibit 10 is a Stipulated Final Judgement and Order ("Consent Order"), filed on August 3, 2015, in the CFPB Action (ECF No. 9).

12. Attached as Exhibit 11 is a letter emailed from Philip Keitel, Associate General Counsel and Vice President of The Clearing House Association, L.L.C., to Matthew J. Eichner, a Director of the Board of Governors of the Federal Reserve System, on October 23, 2020, regarding Regulation II circumvention and recommended actions.

13. Attached as Exhibit 12 are excerpts of PayPal's Form 10-Q for the quarterly period ended June 30, 2021, which was filed with the SEC on July 29, 2021.

14. Attached as Exhibit 13 is The Clearing House Association's "Recent Activities" webpage, as it appeared on December 3, 2020. This exhibit is an archived version of a website that has since been updated. This exhibit was retrieved through the use of the Internet Archive's Wayback Machine, publicly available at https://web.archive.org/.

15. Attached as Exhibit 14 is The Clearing House Association's "Recent Activities" webpage, as it appeared on January 20, 2021. This exhibit is an archived version of a website that has since been updated. This exhibit was retrieved through the use of the Internet Archive's Wayback Machine, publicly available at https://web.archive.org/.

16. Attached as Exhibit 15 is a summary of a meeting between Staff of the Federal Reserve Board and Representatives of The Clearing House Association that took place on

December 10, 2020.  This document is available at https://www.federalreserve.gov/regreform/rr-commpublic/tch-meeting-20201210.pdf.

17.    Attached as Exhibit 16 are Forms 4 filed with the SEC for PayPal's President and CEO, Daniel Schulman, between April 27, 2016 and July 28, 2021, the purported class period. The forms are attached in chronological order.

18.    Attached as Exhibit 17 are Forms 4 filed with the SEC for PayPal's CFO, John Rainey, between April 27, 2016 and July 28, 2021, the purported class period.  The forms are attached in chronological order.

19.    Attached as Exhibit 18 is a chart setting forth the sales of PayPal stock by PayPal's President and CEO, Daniel Schulman, and CFO, John Rainey, between July 2, 2019 and July 28, 2021, based on the charts at paragraphs 167–68 of the Complaint.

20.    Attached as Exhibit 19 are excerpts of PayPal's Form 10-Q for the quarterly period ended June 30, 2016, which was filed with the SEC on July 26, 2016.

21.    Attached as Exhibit 20 are excerpts of PayPal's Form 10-K for the fiscal year ended December 31, 2017, which was filed with the SEC on February 7, 2018.

22.    Attached as Exhibit 21 are excerpts of PayPal's Form 10-K for the fiscal year ended December 31, 2020, which was filed with the SEC on February 5, 2021.

23.    Attached as Exhibit 22 are excerpts of PayPal's Form 10-Q for the quarterly period ended March 31, 2021, which was filed with the SEC on May 6, 2021.

- 3 -

I declare under penalty of the laws of the United States that the foregoing is true and correct. Executed this 18th day of April, 2022 in New York, NY.

/s/ *Geoffrey R. Chepiga*
Geoffrey R. Chepiga

- 4 -