# EXHIBIT 1

*Kang et al. v. PayPal et al.,*
Case No. 3:21-cv-06468-CRB

**Chart of Alleged Misstatements[1] in Plaintiffs' Amended Class Action Complaint**

| Alleged Misstatements Regarding PayPal's Compliance Efforts | | | |
|---|---|---|---|
| **Complaint Paragraph** | **Speaker** | **Date/Source** | **Alleged Misstatements** |
| 105 | Daniel Schulman | April 27, 2016 – Q1 2016 Earnings Conference Call | Being a leading global payments provider requires exceptional effort and continued investment in our risk and compliance functions across all of our markets and all of our product areas. There are many reasons to do this. We live in a time where global terrorism and cybercrime are on the rise and as a result, increasing our focus on compliance is obviously the right thing to do.<br><br>*But we are also investing in these areas because we know that a strong risk and compliance infrastructure is a deep competitive advantage. And the more advanced our capabilities in these areas, the greater the trust our customers will have in PayPal and in our ever-expanding value proposition. A great example of this is the relationship we have built with our regulators as it relates to our PayPal Credit offerings. We have seen our Net Promoter Score for PayPal Credit jump to over 70% in March, a clear demonstration that what regulators want and what we want are truly aligned around delighting and protecting our customers.* |

[1] All emphases in this chart are as in original

1

| 107, 113, 114, 117, 123, 124, 127, 128, 129, 130. 131, 132, 135, 140, 141, 146 | PayPal SEC Filings | 107: April 28, 2016 – Q1 2016 10-Q <br><br> 113: April 28, 2016 – Q1 2016 10-Q <br><br> 114: October 25, 2016 – Q3 2016 10-Q <br><br> 117: February 8, 2017 – 2016 10-K <br><br> 123: October 27, 2017 – Q3 2017 10-Q <br><br> 124: February 7, 2018 – 2017 10-K <br><br> 127: February 7, 2019 – 2018 10-K <br><br> 128: April 25, 2019 – Q1 2019 10-Q <br><br> 129: July 25, 2019 – Q2 2019 10-Q <br><br> 130: October 24, 2019 – Q3 2019 10-Q | We operate globally and in a rapidly evolving regulatory environment characterized by a heightened regulatory focus on all aspects of the payments industry. ***That focus continues to become even more heightened as regulators on a global basis focus on such important issues as countering terrorist financing, anti-money laundering, privacy and consumer protection.*** Some of the laws and regulations to which we are subject were enacted recently and the laws and regulations applicable to us, including those enacted prior to the advent of digital and mobile payments, are continuing to evolve through legislative and regulatory action and judicial interpretation. ***Non-compliance with laws and regulations, increased penalties and enforcement actions related to non-compliance, changes in laws and regulations or their interpretation, and the enactment of new laws and regulations applicable to us could have a material adverse impact on our business, results of operations and financial condition. Therefore, we monitor these areas closely to ensure compliant solutions for our customers who depend on us.*** |

2

| | | | |
|---|---|---|---|
| | | 131: February 6, 2020 – 2019 10-K<br><br>132: May 7, 2020 – Q1 2020 10-Q<br><br>135: July 30, 2020 – Q2 2020 10-Q<br><br>140: November 3, 2020 – Q3 2020 10-Q<br><br>141: February 5, 2021 – 2020 10-K<br><br>146: May 6, 2021 – Q1 2020 10-Q | |
| 109, 114, 117, 119, 122, 123, 124, 127, 128, 129, 130, 131, 135, 140 | PayPal SEC Filings | 109: July 26, 2016 – Q2 2016 10-Q<br><br>114: October 25, 2016 – Q3 2016 10-Q<br><br>117: February 8, 2017 – 2016 10-K<br><br>119: April 27, 2017 – Q1 2017 10-Q | In May 2015, we entered into a Stipulated Final Judgment and Consent Order ("Consent Order") with the CFPB in which we settled regulatory claims arising from PayPal Credit practices between 2011 and 2015. The Consent Order included obligations on PayPal to pay $15 million in redress to consumers and a $10 million civil monetary penalty, and required PayPal to make various changes to the PayPal Credit disclosures and related business practices. *We continue to cooperate and engage with the CFPB and work to ensure compliance with the Consent Order, which may result in us incurring additional costs associated with compliance or redress.* |

3

122: July 27, 2017 – Q2 2017 10-Q

123: October 27, 2017 – Q3 2017 10-Q

124: February 7, 2018 – 2017 10-K

127: February 7, 2019 – 2018 10-K

128: April 25, 2019 – Q1 2019 10-Q

129: July 25, 2019 – Q2 2019 10-Q

130: October 24, 2019 – Q3 2019 10-Q

131: February 6, 2020 – 2019 10-K

135: July 30, 2020 – Q2 2020 10-Q

140: November 3, 2020 – Q3 2020 10-Q

| 115 | Daniel Schulman | January 26, 2017 – Q4 2016 Earnings Conference Call | Good point. Let me talk a little bit about the change in administration and how we think about it in terms of impacting our business. I'll start off, of course, it's incredibly early days and there's a lot of talk about different things, but we've yet to see specifics around that. So, let's just talk about a couple of them because I know they're on your mind. *From a regulatory perspective, obviously, people are talking about changes in Dodd- Frank, changes in potentially how the CFPB is managed. Look, the first and most important thing is we are completely focused on being compliant with any and all regulatory environments that are out there. We believe that what regulators want, what we want are completely aligned and we are investing a tremendous amount of resource. But from a development of platform, human resource perspective, to assure that we are as compliant as we possibly can be regardless about the regulatory environment shifts. That's not just here in the US. It's obviously across the world.* |
| --- | --- | --- | --- |
| 120 | John D. Rainey | May 22, 2017 – J.P. Morgan Global Technology, Media and Telecom Conference | *Well, it's important to first understand that what regulators want and what we want are very much aligned. We want a transparent and compelling value proposition for our customers, and I tend to also agree with the comments from Visa and Mastercard about the likelihood of that.* |
| 125 | John D. Rainey | May 24, 2018 – Investor Day | The last area, not as interesting, but a very important one is G&A. And I want to spend a moment just so that you understand what's happened here. So if you look at 2015 to '16, I think it's very important to understand, this was the time period where we were really coming out of another company, we did an IPO and a lot of the G&A functions, we needed to prop up. So we spent a lot of money on this area in the early quarters. *We also spend a lot of money in compliance. Compliance was probably our single largest investment that we made in the last year, but we view that as a competitive advantage as we look at what it takes to rollout product across the world and Sri talked about reg-tech. This is something that gives us an advantage versus our competitors and this is an investment that will pay off for years*. But very, |

5

| | | | very significantly, we don't have to continue to do that. These cost as a percentage of revenue, we expect will come down over time. |
|---|---|---|---|
| 133 | Daniel Schulman | May 28, 2020 – Bernstein's 36th Annual Strategic Decisions Virtual Conference | Our products and services have never been more important and more relevant. We've never had more opportunity to actually invest behind that, and I'm probably more energized, focused. My team might say relentless and demanding, but it's energizing for everybody in terms of the opportunity in front of us. This is all we do. This isn't a sideshow to us. *Digital payments isn't part of what we do. It is what we do. And I think if we can execute against the three to five things that are most important, and we've had the fortune, that opportunity to have been investing hundreds of millions of dollars into risk and compliance in our platform. Like these are foundational. Without it, you can't do the other things.* *Those are closing in on, like, I hold them up to almost anybody has maybe not world class because I never want to say that, but that's certainly what we are aspiring to in all of those pieces of it. But now we can build on those, and we've got wherewithal and the demand for it. So I think that's what we're focused on right now, how do we move into more parts of that addressable market, and how do we become even more a daily part of our customer's lives.* |
| 142 | Daniel Schulman | February 11, 2021 – Investor Day | The reason that that's been happening and the reason we've had such dramatic increases in the past five years and expect even more going forward is the breadth of our product portfolio. When we were together five years ago at our very first Investor Meeting and I showed our product portfolio, it basically consisted of PayPal Checkout and our P2P capabilities, our peer-to-peer capabilities. Five years later, due to the tremendous performance of our product teams and our engineering teams, as well as all the acquisitions we've made, we have a robust portfolio of products and services across our consumer and merchant portfolios. And this is just the beginning. We introduced more products than ever before in 2020. We intend to increase that pace in 2021. *And part of the reason why we can increase the pace of* |

6

| | | | *our product development is that we've invested in foundational capabilities. Our risk management and our compliance teams are now world class. When I first came to PayPal some six and a half years ago, we had only a couple of hundred people in our risk management and compliance functions. Today, we have almost 4,000 people in our risk management and compliance functions and I consider that investment to be a competitive advantage. If you look at some of these headlines, you can see the things that we've been able to accomplish. And we are now able to work hand-in-hand with our product teams, our risk teams, our compliance teams to rapidly deploy products and capabilities, working hand-in-hand with regulators across the world.* |
|---|---|---|---|
| 144 | Douglas Bland | February 23, 2021 – KBW Payments FinTech Conference | Great questions. And we operate in a competitive environment across all of our products. So we're going to continue to focus on doing what we always do, which is serving our buyers and sellers to the best of our abilities within the network. *We're going to focus on delivering great products, great experiences and a commitment to doing what is right for our customers through transparency to make sure people understand what these products are, which is a form of a credit product, which brings me to the question that you have around regulation.* And we think regulators are rightfully working to ensure that buyers and sellers are protected with the rise of BNPL products, and ensure that they are informed regarding the risks of an installment transaction. *So we will continue to work with regulators to ensure our products are responsibly used that they're serving the purpose to provide buyers with increased flexibility and control. And as you've heard me talk earlier, it's all about flexibility and choice and the ability to better manage how they're able to make purchases.* |

7

| Alleged Misstatements Regarding Regulation II | | | |
|---|---|---|---|
| **Complaint Paragraph** | **Speaker** | **Date/Source** | **Alleged Misstatements** |
| 111, 114, 117, 124, 127, 131, 141 | PayPal SEC Filings | 111: July 26, 2016 – Q2 2016 10-Q<br><br>114: October 25, 2016 – Q3 2016 10-Q<br><br>117: February 8, 2017 – 2016 10-K<br><br>124: February 7, 2018 – 2017 10-K<br><br>127: February 7, 2019 – 2018 10-K<br><br>131: February 6, 2020 – 2019 10-K<br><br>141: February 5, 2021 – 2020 10-K | *Changes in how consumers fund their PayPal transactions could harm our business.*<br>\*\*\*\*\*<br>In addition, in some jurisdictions, governments have required Visa and MasterCard to reduce interchange fees, or have opened investigations as to whether Visa's or MasterCard's interchange fees and practices violate antitrust law. In the United States, the Federal Reserve Board issued a final rule capping debit card interchange fees at significantly lower rates than Visa or MasterCard previously charged. In the European Union, the Multilateral Interchange Fee Regulation limits credit and debit interchange fees for payments and imposes business rules on card processing services. ***Any material reduction in credit or debit card interchange rates in the United States or other markets could adversely affect our competitive position against traditional credit and debit card service providers, and may subject us to pricing pressure, although it would also lower our costs. Future changes to those regulations could potentially adversely affect our business.*** |
| 117, 124, 127, 131, 141 | PayPal SEC Filings | 117: February 8, 2017 – 2016 10-K | *Interchange Fees.* Interchange fees associated with four-party payments systems are being reviewed or challenged in various jurisdictions. For example, in the European Union, the Multilateral Interchange Fee ("MIF") Regulation (which became effective in December 2015) caps credit and debit interchange fees for cards payments and provides for business rules to be |

8

| | | 124: February 7, 2018 – 2017 10-K

127: February 7, 2019 – 2018 10-K

131: February 6, 2020 – 2019 10-K

141: February 5, 2021 – 2020 10-K | complied with by any company dealing with card transactions, including PayPal. *As a result, the fees that we collect in certain jurisdictions may become the subject of regulatory challenge*. |
|---|---|---|---|

9

| | Alleged Misstatements Regarding SBPC Letters | | |
|---|---|---|---|
| **Complaint Paragraph** | **Speaker** | **Date/Source** | **Alleged Misstatements** |
| 136 | Joseph Gallo | August 21, 2020 – Washington Post Article | PayPal takes the SBPC's Letters "very seriously," and "adheres to all state and federal regulations to ensure clear, easy to understand information about products." <br><br> PayPal has "no direct relationship" with the career training schools mentioned in the SBPC Letters. <br><br> "If an organization is found to be using inaccurate or misleading messaging or characterization about PayPal Credit products without our prior knowledge or consent, we will quickly move to terminate the use of our services." |
| 138 | Joseph Gallo | August 27, 2020 – Yahoo! Finance Article | "We have already begun taking action against some of the entities mentioned in the letter that have been found to be using inaccurate or misleading messaging/characterization of our products." <br><br> "PayPal is focused on ensuring that our services are used for intended purposes and we take the claims outlined in this letter very seriously. PayPal does not market PayPal Credit directly to for-profit educational institutions or other associated entities and the company has no direct relationship with entities in question regarding PayPal Credit." |

10