# EXHIBIT 14

The Wayback Machine - https://web.archive.org/web/20210120232631/https://www.theclearinghouse.org/advocacy/issues

# Recent Activities

The Clearing House Association is a leader in payments advocacy, maintaining its historic depth and breadth of engagement with policymakers, regulators, media, academics, and the industry.

- TCH and Joint Trades Coalition Submit Comment Letter in Response to Figure Bank Application (December 07, 2020)

- TCH Submitted a Comment Letter to FinCEN Regarding Proposed Changes to the Recordkeeping Rule and Travel Rule (November 25, 2020)

- TCH and Several Trade Associations and Consumer Groups Request a 90-day Comment Period for OCC Consideration of Novel Bank Charter Applications (November 20, 2020)

- TCH Submitted a Comment Letter to the Board of Governors on Partnerships Between Small Banks and Large Fintech Companies That Appear to Circumvent Reg. II (October 23, 2020)

- The Clearing House Submitted Comments in Response to the FDIC's Request for Information Regarding Standard Setting and Voluntary Certification for Models and Third-Party Providers (September 22, 2020)

- The Clearing House Submitted Comments on the OCC's Advance Notice of Proposed Rulemaking Titled "National Bank and Federal Savings Association Digital Activities." (August 03, 2020)

- The Clearing House Submitted Comments on the OCC's Notice of Proposed Rulemaking Titled "Activities and Operations of National Banks and Federal Savings Associations." (August 03, 2020)

- TCH and Several Trade Groups Submitted Comments to the OCC Regarding the Proposed Narrow-Purpose Payments Charter and the Acting Comptroller Responded (July 29, 2020)

- The Clearing House Responds to Nacha's Request for Comment on its Proposal Regarding Account Information Improvements (July 17, 2020)

- TCH Comments on Nacha's Proposed New Rules for Reversal Entries and Enhancement of Nacha's Enforcement Authority (June 19, 2020)



| 1 | **2** | » |