# EXHIBIT 18



# Pattern of PayPal Stock Sales[1] Before and After SBPC Report

[1]Excludes sales to cover tax withholding obligations and one charitable gift.  All sales reflected in chart were made pursuant to established Rule 10b5-1 trading plans.