# EXHIBIT 19

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2016.**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Transition Period from to .**

**Commission file number 001-36859**

# PayPal Holdings, Inc.

**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **47-2989869** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |
| **2211 North First Street** | |
| **San Jose, California** | **95131** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(408) 967-1000**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ] No [x]

As of July 20, 2016, there were 1,206,918,019 shares of the registrant's common stock, $0.0001 par value, outstanding, which is the only class of common or voting stock of the registrant issued.

PayPal Holdings, Inc.
Table of Contents

|  |  |  | Page Number |
|---|---|---|---|
| Part I. | Financial Information | | 3 |
| | Item 1. | Condensed Consolidated Balance Sheet | 3 |
| | | Condensed Combined and Consolidated Statement of Income | 4 |
| | | Condensed Combined and Consolidated Statement of Comprehensive Income | 5 |
| | | Condensed Combined and Consolidated Statement of Cash Flows | 6 |
| | | Notes to Condensed Consolidated Financial Statements | 7 |
| | Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 34 |
| | Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 49 |
| | Item 4. | Controls and Procedures | 50 |
| Part II. | Other Information | | 51 |
| | Item 1. | Legal Proceedings | 51 |
| | Item 1A. | Risk Factors | 51 |
| | Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 59 |
| Signatures | | | 60 |
| Exhibit Index | | | 61 |

Table of Contents

**PART I: FINANCIAL INFORMATION**

**Item 1:    Financial Statements**

**PayPal Holdings, Inc.**
**CONDENSED CONSOLIDATED BALANCE SHEET**

| | June 30, 2016 | December 31, 2015 |
|---|---|---|
| | (In millions, except par value) | |
| | (Unaudited) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 2,018 | $ 1,393 |
| Short-term investments | 2,939 | 2,018 |
| Accounts receivable, net | 167 | 137 |
| Loans and interest receivable, net of allowances of $279 in 2016 and $233 in 2015 | 4,507 | 4,184 |
| Funds receivable and customer accounts | 13,034 | 12,261 |
| Prepaid expenses and other current assets | 792 | 655 |
| Total current assets | 23,457 | 20,648 |
| Long-term investments | 1,315 | 2,348 |
| Property and equipment, net | 1,412 | 1,344 |
| Goodwill | 4,069 | 4,069 |
| Intangible assets, net | 281 | 358 |
| Other assets | 97 | 114 |
| Total assets | $ 30,631 | $ 28,881 |
| **LIABILITIES AND EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 169 | $ 145 |
| Funds payable and amounts due to customers | 13,834 | 12,261 |
| Accrued expenses and other current liabilities | 1,181 | 1,179 |
| Income taxes payable | 39 | 32 |
| Total current liabilities | 15,223 | 13,617 |
| Deferred tax liability and other long-term liabilities | 1,591 | 1,505 |
| Total liabilities | 16,814 | 15,122 |
| Commitments and contingencies (Note 11) | | |
| Equity: | | |
| Common stock, $0.0001 par value; 4,000 shares authorized; 1,207 and 1,224 outstanding | - | - |
| Treasury stock at cost, 25 shares as of June 30, 2016 | (896) | - |
| Additional paid-in-capital | 13,305 | 13,100 |
| Retained earnings | 1,356 | 668 |
| Accumulated other comprehensive income (loss) | 52 | (9) |
| Total equity | 13,817 | 13,759 |
| Total liabilities and equity | $ 30,631 | $ 28,881 |

The accompanying notes are an integral part of these condensed combined and consolidated financial statements.

3

Table of Contents

**Item 2:    Unregistered Sales of Equity Securities and Use of Proceeds**

In January 2016, our Board of Directors authorized a stock repurchase program that provides for the repurchase of up to $2 billion of our common stock, with no expiration from the date of authorization. This stock repurchase program is intended to offset the impact of dilution from our equity compensation programs and, subject to market conditions and other factors, to be used to make opportunistic repurchases of our common stock to reduce outstanding share count. Any share repurchases under our stock repurchase program may be made through open market transactions, block trades, privately negotiated transactions or other means at times and in such amounts as management deems appropriate and will be funded from our working capital or other financing alternatives. However, any stock repurchases are subject to market conditions and other uncertainties and we cannot predict if or when any stock repurchases will be made. Moreover, we may terminate our stock repurchase program at any time without notice.

The stock repurchase activity under our stock repurchase program during the six months ended June 30, 2016 is summarized as follows:

| | Shares Repurchased | | Average Price Paid per Share[1] | | Value of Shares Repurchased | | Remaining Amount Authorized |
|---|---|---|---|---|---|---|---|
| | | | (In millions, except per share amounts) | | | | |
| Authorization of plan in January 2016 | | | | | | $ | 2,000 |
| Period ended January 31, 2016 | - | | - | | - | | - |
| Period ended February 29, 2016 | 17 | $ | 35.27 | $ | 596 | | (596) |
| Period ended March 31, 2016 | - | | - | | - | | - |
| Period ended April 30, 2016 | - | | - | | - | | - |
| Period ended May 31, 2016 | 8 | | 38.67 | | 300 | | (300) |
| Period ended June 30, 2016 | - | | - | | - | | - |
| Balance as of June 30, 2016 | 25 | | | $ | 896 | $ | 1,104 |

[1] Average price paid per share includes broker commissions.

These repurchased shares of common stock were recorded as treasury stock and were accounted for under the cost method. No repurchased shares of common stock have been retired.

**Item 3:    Defaults Upon Senior Securities**

Not applicable.

**Item 4:    Mine Safety Disclosures**

Not applicable.

**Item 5:    Other Information**

Not applicable.

**Item 6:    Exhibits**

The information required by this Item is set forth in the Index of Exhibits that follows the signature page of this Quarterly Report.