# EXHIBIT 22

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2021.**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Transition Period from to .**

### Commission file number 001-36859

# PayPal Holdings, Inc.

#### (Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware** | **47-2989869** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |
| **2211 North First Street** San Jose, California | **95131** |
| **(Address of Principal Executive Offices)** | **(Zip Code)** |

**(408) 967-1000**
#### (Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common stock, $0.0001 par value per share** | **PYPL** | **NASDAQ Global Select Market** |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐ No ☒

As of April 30, 2021, there were 1,174,728,054 shares of the registrant's common stock, $0.0001 par value, outstanding, which is the only class of common or voting stock of the registrant issued.

**PayPal Holdings, Inc.**
**TABLE OF CONTENTS**

| | | | Page Number |
|---|---|---|---|
| Part I. | Financial Information | | 4 |
| | Item 1. | Condensed Consolidated Balance Sheets | 4 |
| | | Condensed Consolidated Statements of Income | 5 |
| | | Condensed Consolidated Statements of Comprehensive Income | 6 |
| | | Condensed Consolidated Statements of Stockholders' Equity | 7 |
| | | Condensed Consolidated Statements of Cash Flows | 8 |
| | | Notes to Condensed Consolidated Financial Statements | 9 |
| | Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 39 |
| | Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 55 |
| | Item 4. | Controls and Procedures | 57 |
| Part II. | Other Information | | 58 |
| | Item 1. | Legal Proceedings | 58 |
| | Item 1A. | Risk Factors | 58 |
| | Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 59 |
| | Item 3. | Defaults Upon Senior Securities | 59 |
| | Item 4. | Mine Safety Disclosures | 59 |
| | Item 5. | Other Information | 59 |
| | Item 6. | Exhibits | 60 |
| Signatures | | | 61 |

Table of Contents

## ITEM 2: UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

### REPURCHASES OF EQUITY SECURITIES

In July 2018, our Board of Directors authorized a stock repurchase program that provides for the repurchase of up to $10 billion of our common stock, with no expiration from the date of authorization. Our stock repurchase program is intended to offset the impact of dilution from our equity compensation programs and, subject to market conditions and other factors, may also be used to make opportunistic repurchases of our common stock to reduce outstanding share count. Any share repurchases under our stock repurchase program may be made through open market transactions, block trades, privately negotiated transactions including accelerated share repurchase agreements or other means at times and in such amounts as management deems appropriate, and will be funded from our working capital or other financing alternatives. Moreover, any stock repurchases are subject to market conditions and other uncertainties and we cannot predict if or when any stock repurchases will be made. We may terminate our stock repurchase program at any time without prior notice.

The stock repurchase activity under our stock repurchase program during the three months ended March 31, 2021 is summarized below:

| | Total number of shares purchased | Average price paid per share[1] | Total number of shares purchased as part of publicly announced plans or programs | Approximate dollar value of shares that may yet be purchased under the plans or programs |
|---|---|---|---|---|
| | (In millions, except per share amounts) | | | |
| Balance as of December 31, 2020 | | | | $    8,433 |
| January 1, 2021 through January 31, 2021 | 1.8 | $    238.34 | 1.8 | 8,016 |
| February 1, 2021 through February 28, 2021 | 1.1 | $    272.74 | 1.1 | 7,710 |
| March 1, 2021 through March 31, 2021 | 2.4 | $    246.28 | 2.4 | 7,110 |
| Balance as of March 31, 2021 | 5.3 | | 5.3 | $    7,110 |

[1] Average price paid per share for open market purchases includes broker commissions.

## ITEM 3: DEFAULTS UPON SENIOR SECURITIES

None.

## ITEM 4: MINE SAFETY DISCLOSURES

Not applicable.

## ITEM 5: OTHER INFORMATION

None.

