**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone:      (310) 405-7190
Email: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES,<br><br>       Plaintiffs,<br><br> v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>    Defendants. | CASE NO.:  3:21-cv-06468-CRB<br><br>**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>The Hon. Charles R. Breyer<br><br>Date: July 8, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 6 – 17th Floor |

I, Brian P. O'Connell, hereby declare pursuant to 28 U.S.C. § 1746,

1. I am an attorney at Pomerantz LLP, counsel for Lead Plaintiffs. I am duly admitted to practice law in the State of California and before this Court.

2. Attached as Exhibit A is a print out of a webpage from The Clearing House Association ("CHA") dated October 23, 2020, entitled "TCH Submitted a Comment Letter to the Board of Governors on Partnerships Between Small Banks and Large Fintech Companies That Appear to Circumvent Reg. II." The CHA's website contains an announcement that a public comment to the Federal Reserve regarding Regulation II was submitted on October 23, 2020. *See* Exhibit A. The page contains a summary of the letter sent to the Federal Reserve on October 23, 2020.

3. Counsel for Lead Plaintiffs saved this page on May 31, 2022. The page is found under the URL: https://www.theclearinghouse.org/advocacy/articles/2020/10/tch_comments_reg_ii_circumvention_letter_10_23_2020. Counsel also viewed this page before filing the Amended Complaint.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 2nd day of June, 2022 in Chicago, Illinois.

Dated: June 2, 2022                     Respectfully submitted,

                                        **POMERANTZ LLP**

                                        */s/ Brian P. O'Connell*
                                        Brian P. O'Connell

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case, and am over eighteen years old. On June 2, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 2, 2022 in Chicago, Illinois

*/s/ Brian P. O'Connell*
Brian P. O'Connell

2