UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES,<br><br>                  Plaintiffs,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>          Defendants. | CASE NO.: 3:21-cv-06468-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>The Hon. Charles R. Breyer |

The Court considered Defendants' motion to dismiss the amended class action complaint, together with the response, reply, and the pleadings. Defendants' motion is DENIED.

IT IS SO ORDERED.


Dated: _____

                                                    _____
                                                    The Hon. Charles R. Breyer
                                                    United States District Judge