Melinda Haag (State Bar No. 132612)
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (202) 204-7383

Daniel Kramer (admitted *pro hac vice*)
dkramer@paulweiss.com
Audra J. Soloway (admitted *pro hac vice*)
asoloway@paulweiss.com
Geoffrey R. Chepiga (admitted *pro hac vice*)
gchepiga@paulweiss.com
Daniel S. Sinnreich (admitted *pro hac vice*)
dsinnreich@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
*PayPal Holdings, Inc., et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-06468-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>The Honorable Charles R. Breyer |

1   Defendants PayPal Holdings, Inc., Daniel H. Schulman, John D. Rainey, Doug Bland, and
2   Joseph Gallo (collectively, "Defendants"), and Lead Plaintiffs Huei-Ting Kang and Arthur Flores
3   ("Lead Plaintiffs"), by and through their counsel, hereby stipulate to the following:
4   WHEREAS, on January 25, 2022, Lead Plaintiffs filed an Amended Complaint;
5   WHEREAS, on August 8, 2022, the Court issued an order granting Defendants' motion to
6   dismiss the Amended Complaint, and permitted Lead Plaintiffs to file a Second Amended
7   Complaint within 21 days of the dismissal order;
8   WHEREAS, on August 19, 2022, the parties filed a stipulation and proposed order
9   extending Lead Plaintiffs' deadline to file a Second Amended Complaint to September 16, 2022;
10  WHEREAS, on August 22, 2022, the Court so-ordered the parties' stipulation;
11  WHEREAS, on September 16, 2022, Lead Plaintiffs filed a Second Amended Complaint;
12  WHEREAS, Defendants intend to move to dismiss the Second Amended Complaint; and
13  WHEREAS, the parties have conferred and agree to the following briefing schedule with
14  respect to Defendants' forthcoming motion to dismiss the Second Amended Complaint:

- Defendants' motion to dismiss filed on or before **November 3, 2022**;
- Plaintiffs' opposition brief filed on or before **December 15, 2022**;
- Defendants' reply brief filed on or before **January 12, 2023**.

NOW, THEREFORE, the parties request that the Court approve the aforementioned briefing schedule.

Dated:  September 28, 2022          Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: /s/ *Melinda Haag*
    Melinda Haag, Esq.
    mhaag@paulweiss.com
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    535 Mission Street, 24th Floor
    San Francisco, California 94105
    Telephone: (628) 432-5100
    Facsimile: (202) 204-7383

Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
Geoffrey R. Chepiga (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
dkramer@paulweiss.com
asoloway@paulweiss.com
gchepiga@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendants*
*PayPal Holdings, Inc., et al.*

POMERANTZ LLP


By:  /s/    Omar Jafri
        Omar Jafri (admitted *pro hac vice*)

Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail:  ojafri@pomlaw.com

*Attorneys for Lead Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated:

                                    The Hon. Charles R. Breyer
                                    United States District Judge

## FILER'S ATTESTATION

I, Melinda Haag, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: September 28, 2022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/   Melinda Haag*
      Melinda Haag, Esq.