Melinda Haag (State Bar No. 132612)
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (202) 204-7383

Daniel Kramer (admitted *pro hac vice*)
dkramer@paulweiss.com
Audra J. Soloway (admitted *pro hac vice*)
asoloway@paulweiss.com
Geoffrey R. Chepiga (admitted *pro hac vice*)
gchepiga@paulweiss.com
Daniel S. Sinnreich (admitted *pro hac vice*)
dsinnreich@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
*PayPal Holdings, Inc., et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-06468-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>The Honorable Charles R. Breyer<br><br>Date: January 27, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 6 – 17th Floor |

By initial moving papers dated November 3, 2022, Defendants PayPal Holdings, Inc., Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo ("Defendants") moved to dismiss the Second Amended Class Action Complaint in this action (ECF No. 83).  After considering the pleadings and all of the papers submitted by the parties, and good cause appearing therefore, the Court hereby orders that the foregoing Motion to Dismiss the Second Amended Class Action Complaint is GRANTED.  Specifically, the Court grants this Motion to Dismiss in its entirety for failure to state a claim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.

Accordingly, it is hereby ordered that Counts I, II, and III of the Second Amended Class Action Complaint are dismissed as to all Defendants with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE