Melinda Haag (State Bar No. 132612)
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (202) 204-7383

Daniel Kramer (admitted *pro hac vice*)
dkramer@paulweiss.com
Audra J. Soloway (admitted *pro hac vice*)
asoloway@paulweiss.com
Geoffrey R. Chepiga (admitted *pro hac vice*)
gchepiga@paulweiss.com
Daniel S. Sinnreich (admitted *pro hac vice*)
dsinnreich@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
PayPal Holdings, Inc., et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES, <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 3:21-cv-06468-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Defendants PayPal Holdings, Inc., Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo, and Lead Plaintiffs Huei-Ting Kang and Arthur Flores stipulate to the following:

WHEREAS, on January 13, 2023, the Court vacated the hearing on Defendants' motion to dismiss the second amended complaint, previously scheduled for March 10, 2023, at 10:00am, and rescheduled the hearing for March 3, 2023 at 10:00am (Dkt. 91);

WHEREAS, Defendants' counsel has a pre-existing, conflicting in-person hearing on March 3,

2023 at 10:00am and respectfully requests that the Court reschedule the hearing on Defendants' motion to dismiss the second amended complaint for April 28, 2023 at 10:00am;

WHEREAS, Defendants' counsel have conferred with Lead Plaintiffs' counsel, who are available on April 28, 2023 at 10:00am, and consent to Defendants' request; and

WHEREAS, the parties have conferred with the Court's Courtroom Deputy, who confirmed that the Court has availability on April 28, 2023 at 10:00am.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Defendants and Lead Plaintiffs, and submitted for approval by the Court, that the March 3, 2023 hearing regarding Defendants' motion to dismiss the second amended complaint is vacated and rescheduled for April 28, 2023 at 10:00am.

Respectfully submitted,

Dated: February 7, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Melinda Haag*
Melinda Haag, Esq.
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (202) 204-7383

Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
Geoffrey R. Chepiga (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
dkramer@paulweiss.com
asoloway@paulweiss.com
gchepiga@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for PayPal Holdings, Inc., Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo*

Dated: February 7, 2023                    **POMERANTZ LLP**


By: /s/ *Omar Jafri*
Omar Jafri (admitted *pro hac vice*)

POMERANTZ LLP
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: ojafri@pomlaw.com

*Attorney for Lead Plaintiffs Huei-Ting Kang and Arthur Flores*

## [PROPOSED] ORDER

Pursuant to the stipulation, IT IS SO ORDERED.


Dated: _____, 2023


_____
Charles R. Breyer
United States District Judge

3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING
Case No.: 3:21-cv-06468-CRB