**LABATON SUCHAROW LLP**

Thomas G. Hoffman, Jr.
140 Broadway
New York, NY 10005
Telephone: (212) 907-0744
Facsimile: (212) 883-7544
thoffman@labaton.com

*Lead Counsel for Lead Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES, | CASE NO.:  3:21-cv-06468-CRB |
| Plaintiffs, | **CLASS ACTION** |
| v. | **STATEMENT OF RECENT DECISION IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| PAYPAL HOLDINGS, INC., et al., | |
| Defendants. | |
| | The Hon. Charles R. Breyer |
| | DATE: April 28, 2023<br>TIME: 10:00 AM<br>DEPT.: Courtroom 6 – 17th Floor |

Pursuant to Civil L.R. 7-3(d), Lead Plaintiffs respectfully submit this "Statement of Recent Decision" regarding *Reginald T. Allison v. Oak Street Health, Inc., et al.*, No. 22 C 149, 2023 WL 1928119 (N.D. Ill. Feb. 10, 2023). This judicial decision, a copy of which is attached hereto as Exhibit A, was entered on February 10, 2023, and is being submitted as supplemental authority in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint, filed on December 15, 2022. *See* ECF No. 88 at viii, 5-9, 14.

DATED:  February 15, 2023               Respectfully submitted,

By:   */s/  Thomas G. Hoffman, Jr.*

**LABATON SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
Thomas G. Hoffman, Jr. (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0744
Facsimile: (212) 883-7544
E-mail: mcanty@labaton.com
         thoffman@labaton.com
         dschwartz@labaton.com
         cstiene@labaton.com

STATEMENT OF RECENT DECISION IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT
CASE NO.: 3:21-cv-06468-CRB

1

**POMERANTZ LLP**

Joshua B. Silverman
Omar Jafri
Brian P. O'Connell (SBN 314318)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: jbsilverman@pomlaw.com
        ojafri@pomlaw.com
        boconnell@pomlaw.com

            -and-

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

            -and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

            -and-

**THE ROSEN LAW FIRM, P.A.**

Jacob Goldberg
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
E-mail:  jgoldberg@rosenlegal.com
            lheifetz@rosenlegal.com

STATEMENT OF RECENT DECISION IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT
CASE NO.: 3:21-cv-06468-CRB

2

-and-

**FREEDMAN NORMAND FRIEDLAND LLP**

Ivy Ngo
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Telephone: (786) 924-2900
Email: ingo@fnf.law

*Additional Counsel for Lead Plaintiffs*

STATEMENT OF RECENT DECISION IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT
CASE NO.: 3:21-cv-06468-CRB

3