Melinda Haag (State Bar No. 132612)
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone:  (628) 432-5100
Facsimile: (202) 204-7383

Daniel Kramer (admitted *pro hac vice*)
dkramer@paulweiss.com
Audra J. Soloway (admitted *pro hac vice*)
asoloway@paulweiss.com
Geoffrey R. Chepiga (admitted *pro hac vice*)
gchepiga@paulweiss.com
Daniel S. Sinnreich (admitted *pro hac vice*)
dsinnreich@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
PayPal Holdings, Inc., et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-06468-CRB<br><br>**REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 7-3(d), Defendants PayPal Holdings, Inc. ("PayPal"), Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo respectfully request leave to file the attached notice of supplemental authority.  The supplemental authority is an excerpt from PayPal's Annual Report for the fiscal year ended December 31, 2022, which was filed with the SEC on Form 10-K on February 10, 2023.  The supplemental authority contains new information directly relevant

1

REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
MOTION TO DISMISS SECOND AMENDED COMPLAINT CASE NO.: 3:21-cv-06468-CRB

to Defendants' arguments in the pending Motion to Dismiss the Second Amended Complaint, Dkt. 87, and was filed after briefing on Defendants' motion was completed on January 12, 2023.  This Court previously granted Defendants' request to take judicial notice of other PayPal SEC filings.  *See* Request for Judicial Notice, Dkt. 72; Order Granting Motion to Dismiss, Dkt. 80 at 13-14.  Defendants therefore respectfully request that this Court accept this supplemental authority and take judicial notice of the attached excerpt from PayPal's most recent Form 10-K as well.

Respectfully submitted,

Dated:  March 27, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Melinda Haag*
Melinda Haag, Esq.
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (202) 204-7383

Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
Geoffrey R. Chepiga (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
dkramer@paulweiss.com
asoloway@paulweiss.com
gchepiga@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for PayPal Holdings, Inc., Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo*

REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT CASE NO.: 3:21-cv-06468-CRB

Melinda Haag (State Bar No. 132612)
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone:  (628) 432-5100
Facsimile: (202) 204-7383

Daniel Kramer (admitted *pro hac vice*)
dkramer@paulweiss.com
Audra J. Soloway (admitted *pro hac vice*)
asoloway@paulweiss.com
Geoffrey R. Chepiga (admitted *pro hac vice*)
gchepiga@paulweiss.com
Daniel S. Sinnreich (admitted *pro hac vice*)
dsinnreich@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*
PayPal Holdings, Inc., et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEI-TING KANG and ARTHUR FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-06468-CRB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Defendants PayPal Holdings, Inc. ("PayPal"), Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo respectfully submit this Notice of Supplemental Authority attaching an excerpt from PayPal's Annual Report for the fiscal year ended December 31, 2022, which was filed

with the SEC on form 10-K on February 10, 2023 (the "10-K").[1]  (*See* Exhibit A.)  The 10-K states that PayPal has been informed by the Consumer Financial Protection Bureau (the "CFPB") that its regulatory inquiry into the marketing and use of PayPal Credit in connection with certain merchants that provide educational services has been "formally closed without action."  (Ex. A at 110.)  The 10-K is submitted in support of Defendants' motion to dismiss the Second Amended Complaint, Dkt. 87 at 2-3, 13 n.5.

Respectfully submitted,

Dated: March 27, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Melinda Haag*
Melinda Haag, Esq.
mhaag@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (202) 204-7383

Daniel J. Kramer (admitted *pro hac vice*)
Audra J. Soloway (admitted *pro hac vice*)
Geoffrey R. Chepiga (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
dkramer@paulweiss.com
asoloway@paulweiss.com
gchepiga@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for PayPal Holdings, Inc., Daniel Schulman, John Rainey, Doug Bland, and Joseph Gallo*

---

[1]    The complete 10-K is available at:
https://www.sec.gov/ix?doc=/Archives/edgar/data/1633917/000163391723000033/pypl-20221231.htm.

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
MOTION TO DISMISS SECOND AMENDED COMPLAINT CASE No.: 3:21-cv-06468-CRB