United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUEI-TING KANG, et al.,

Plaintiffs,

v.

PAYPAL HOLDINGS, INC, et al.,

Defendants.

Case No.  21-cv-06468-CRB

**ORDER GRANTING LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Civil Local Rule 7-3(d), Defendants' motion for leave to file notice of supplemental authority is GRANTED.

**IT IS SO ORDERED.**

Dated: March 27, 2023

CHARLES R. BREYER
United States District Judge