IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEI-TING KANG, et al., | Case No. 21-cv-06468-CRB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| PAYPAL HOLDINGS, INC, et al., | |
| Defendants. | |

For the reasons explained in the Court's order dismissing this case, see dkt. 99, judgment is hereby entered in favor of Defendants PayPal Holdings, Inc., Daniel H. Schulman, John D. Rainey, Doug Bland, and Joseph Gallo, and against Plaintiffs Huei-Ting Kang and Arthur Flores.

**IT IS SO ORDERED.**

Dated: April 27, 2023

CHARLES R. BREYER
United States District Judge